UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**JENKINS & CLAYMAN**
Eric J Clayman, Esquire
412 White Horse Pike
Audubon, NJ 08106
(856) 546-9696
Attorneys for the Debtor

In Re:

John DiGregorio
Debtor

Order Filed on February 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-26526

Adv. No.:

Hearing Date: February 11, 2019 10:00 AM

Judge: Altenburg

Recommended Local Form: ☒ Followed  ☐ Modified

### ORDER TO IMPOSE AUTOMATIC STAY AS TO CITIZENS BANK

The relief set forth on the following page, number two (2) is hereby **ORDERED**.

**DATED: February 11, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by Jenkins & Clayman and the court having reviewed the motion and any opposition filed, and for good cause having been shown, it is

**ORDERED** that:

1. The automatic stay is hereby imposed as to Citizens Bank.