UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**JENKINS & CLAYMAN**
Eric J Clayman, Esquire
412 White Horse Pike
Audubon, NJ 08106
(856) 546-9696
Attorneys for the Debtor

Order Filed on February 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

John DiGregorio
Debtor

Case No.: 18-26526

Adv. No.:

Hearing Date: February 11, 2019 10:00 AM

Judge: Altenburg

Recommended Local Form: ☒ Followed ☐ Modified

## ORDER TO IMPOSE AUTOMATIC STAY AS TO CITIZENS BANK

The relief set forth on the following page, number two (2) is hereby **ORDERED**.

**DATED: February 11, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by Jenkins & Clayman and the court having reviewed the motion and any opposition filed, and for good cause having been shown, it is

**ORDERED** that:

1. The automatic stay is hereby imposed as to Citizens Bank.

United States Bankruptcy Court
District of New Jersey

In re:  
John J. DiGregorio  
    Debtor

Case No. 18-26526-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Feb 11, 2019  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2019.  
db          +John J. DiGregorio,    105 Fox Meadow Drive,    Sicklerville, NJ 08081-1142

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2019                                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2019 at the address(es) listed below:  
        Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Eric Clayman    on behalf of Debtor John J. DiGregorio jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation rsolarz@kmllawgroup.com  
        Robert Williams    on behalf of Creditor    Citizens Bank of PA. bankruptcy@mwm-law.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                       TOTAL: 7