Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−26526−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John J. DiGregorio
   aka Husband of Patricia M. DiGregorio
   (Deceased)
   105 Fox Meadow Drive
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−5533

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 24, 2019.

On November 5, 2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                December 11, 2019
Time:                09:00 AM
Location:            Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: November 6, 2019
JAN: eag

                                                                Jeanne Naughton
                                                                Clerk

```
                         United States Bankruptcy Court
                               District of New Jersey
In re:                                                         Case No. 18-26526-ABA
John J. DiGregorio                                             Chapter 13
      Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin              Page 1 of 2           Date Rcvd: Nov 06, 2019
                               Form ID: 185             Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2019.
db             +John J. DiGregorio,    105 Fox Meadow Drive,    Sicklerville, NJ 08081-1142
aty            +Christina J. Pross,    Mattleman Weinroth & Miller,    200 Continental Drive,    Ste 215,
                 Newark, DE 19713-4335
517706966       Citizens Bank,    PO BOX 42008,    Providence, RI 02940-2008
517706967      +Citizens Bank,    c/o Mattleman, Weinroth & Miller, P.C,    401 Route 70,    Suite 100,
                 Cherry Hill, NJ 08034-2410
517706969      +Gloucester Township Tax Collection,    1261 Chews Landing Road,    Laurel Springs, NJ 08021-2807
517706971       Horizon Blue Cross Blue Shield of NJ,    PO BOX 10192,    Newark, NJ 07101-3120
517706974      +Michael K. Dovnarsky, MD, PC,    331 White Horse Pike,    Atco, NJ 08004-2230
517706975      +New Jersey Division of Taxation,    50 Barrack Street,    Trenton, NJ 08608-2006
517706977       Rancocas Anesthesiology,    PO Box 4603,    Lancaster, PA 17604-4603
517879988     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
517706978       Sears Credit Cards,    PO Box 78051,    Phoenix, AZ 85062-8051
517706979      +South Jersey Gas,    PO Box 6091,    Bellmawr, NJ 08099-6091
517706980       Terrestria Homeowner's Association,    2 Fox Meadow D,    Sicklerville, NJ 08081
517706981      +Terrestria Homeowner's Association,    c/o Eric D. Mann,    2111 New Road,    Suite 105,
                 Northfield, NJ 08225-1512
517706983      +Township of Gloucester,    1261 Chews Langing-Clementon Rd,    PO Box 8,
                 Blackwood, NJ 08012-0008
517706984       Toyota Motor Credit,    PO Box 5170,    Simi Valley, CA 93062-5170
517766087      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517706985       UPHS PPMC Patient Pay,    PO BOX 824314,    Philadelphia, PA 19182-4314

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 06 2019 23:53:31     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 06 2019 23:53:28     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517706965      +E-mail/Text: bankruptcy@pepcoholdings.com Nov 06 2019 23:53:03     Atlantic City Electric,
                 PO Box 13610,    Philadelphia, PA 19101-3610
517726132      +E-mail/Text: bankruptcy@pepcoholdings.com Nov 06 2019 23:53:03
                 Atlantic City Electric Company,    5 Collins Drive, Suite 2133,    Mail Stop 84CP42,
                 Carneys Point, NJ 08069-3600
517847400      +E-mail/Text: MortgageBKSupport@citizensbank.com Nov 06 2019 23:53:20
                 Citizens One Home Loans,    10561 Telegraph Road,    Glen Allen, VA 23059-4577
517706968      +E-mail/Text: bankruptcydepartment@tsico.com Nov 06 2019 23:54:04
                 Delaware Valley Urology, LLC,    c/o Transworld Systems, Inc.,    Collection Agency,
                 500 Virginia Drive, Suite 514,    Fort Washington, PA 19034-2733
517706970       E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2019 00:07:07      Home Design-Flooring/Syncb,
                 PO BOX 960061,    Orlando, FL 32896-0061
517706972      +E-mail/Text: cio.bncmail@irs.gov Nov 06 2019 23:52:52      Internal Revenue Service,
                 PO BOX 219690,    Kansas City, MO 64121-9690
517706973       E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2019 00:06:23      Lowe's/Synchrony Bank,
                 Po Box 530914,    Atlanta, GA 30353-0914
517831627      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 06 2019 23:53:28     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517706976       E-mail/PDF: cbp@onemainfinancial.com Nov 07 2019 00:08:06      One Main Financial,
                 PO BOX 9001122,    Louisville, KY 40290-1122
517836766       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 07 2019 00:19:30
                 Portfolio Recovery Associates, LLC,    c/o Onemain Financial,    POB 41067,    Norfolk VA 23541
517806463       E-mail/Text: bnc-quantum@quantum3group.com Nov 06 2019 23:53:22
                 Quantum3 Group LLC as agent for,    JH Portfolio Debt Equities LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
517708972      +E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2019 00:08:05      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517706982       E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2019 00:06:21      Thomasville/Synchrony Bank,
                 PO BOX 965033,    Orlando, FL 32896-5033
                                                                                              TOTAL: 15

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517723396*     +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-1           User: admin                Page 2 of 2                   Date Rcvd: Nov 06, 2019
                               Form ID: 185               Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Eric   Clayman    on behalf of Debtor John J. DiGregorio jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Robert   Williams    on behalf of Creditor    Citizens Bank of PA. bankruptcy@mwm-law.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```