Order Filed on April 23, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**JENKINS & CLAYMAN**
Eric J Clayman, Esquire
412 White Horse Pike
Audubon, NJ 08106
(856) 546-9696
Attorneys for the Debtor

| | |
|---|---|
| In Re: | Case No.: 18-26526 |
| John DiGregorio | Chapter: 13 |
| debtor | Hearing Date: 12/11/19-2/26/20 |
| | Judge: JNP |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED.**

**DATED: April 23, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Jenkins & Clayman, the applicant, is allowed a fee of $1370.50 for services rendered and expenses in the amount of $26.45 for a total of $1396.95 The allowance is payable:

X   through the Chapter 13 plan as an administrative priority.

____ outside the plan.

The debtor's monthly plan is modified to require a payment of $1214.00 per month starting April 2020 for 41 months to allow for payment of the above fee.