Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  18−26526−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John J. DiGregorio
   aka Husband of Patricia M. DiGregorio
   (Deceased)
   105 Fox Meadow Drive
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−5533

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 28, 2020.

On March 22, 2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                April 27, 2022
Time:                09:00 AM
Location:            Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 23, 2022
JAN: eag

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
John J. DiGregorio  
    Debtor

Case No. 18-26526-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Mar 23, 2022      Form ID: 185      Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John J. DiGregorio, 105 Fox Meadow Drive, Sicklerville, NJ 08081-1142 |
| aty | + | Christina J. Pross, Marinosci Law Group, 824 N. Market Street, Ste 901, Wilmington, DE 19801-4908 |
| 517706967 | + | Citizens Bank, c/o Mattleman, Weinroth & Miller, P.C, 401 Route 70, Suite 100, Cherry Hill, NJ 08034-2410 |
| 519145476 | + | Citizens Bank, N.A. f/k/a RBS Citizens Bank N.A, 10561 Telegraph Rd., Glen Allen, VA 23059-4577 |
| 517847400 | + | Citizens One Home Loans, 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 517706969 | + | Gloucester Township Tax Collection, 1261 Chews Landing Road, Laurel Springs, NJ 08021-2807 |
| 517706971 | | Horizon Blue Cross Blue Shield of NJ, PO BOX 10192, Newark, NJ 07101-3120 |
| 519199713 | + | McCABE, WEISBERG & CONWAY, LLC, 216 Haddon Avenue, Suite 201, Westmont, NJ 08108-2818 |
| 517706974 | + | Michael K. Dovnarsky, MD, PC, 331 White Horse Pike, Atco, NJ 08004-2230 |
| 517706975 | + | New Jersey Division of Taxation, 50 Barrack Street, Trenton, NJ 08608-2006 |
| 517706977 | | Rancocas Anesthesiology, PO Box 4603, Lancaster, PA 17604-4603 |
| 517706979 | + | South Jersey Gas, PO Box 6091, Bellmawr, NJ 08099-6091 |
| 517879988 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 517706980 | | Terrestria Homeowner's Association, 2 Fox Meadow D, Sicklerville, NJ 08081 |
| 517706981 | + | Terrestria Homeowner's Association, c/o Eric D. Mann, 2111 New Road, Suite 105, Northfield, NJ 08225-1512 |
| 517706983 | + | Township of Gloucester, 1261 Chews Langing-Clementon Rd, PO Box 8, Blackwood, NJ 08012-0008 |
| 518580452 | + | Township of Gloucester, PO Box 8, Blackwood, NJ 08012-0008 |
| 517706984 | | Toyota Motor Credit, PO Box 5170, Simi Valley, CA 93062-5170 |
| 517706985 | | UPHS PPMC Patient Pay, PO BOX 824314, Philadelphia, PA 19182-4314 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 23 2022 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 23 2022 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517706965 | + | Email/Text: bankruptcy@pepcoholdings.com | Mar 23 2022 20:34:00 | Atlantic City Electric, PO Box 13610, Philadelphia, PA 19101-3610 |
| 517726132 | + | Email/Text: bankruptcy@pepcoholdings.com | Mar 23 2022 20:34:00 | Atlantic City Electric Company, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 517706966 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 23 2022 20:33:00 | Citizens Bank, PO BOX 42008, Providence, RI 02940-2008 |
| 517706968 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 23 2022 20:34:00 | Delaware Valley Urology, LLC, c/o Transworld Systems, Inc., Collection Agency, 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 517706970 | | Email/PDF: gecsedi@recoverycorp.com | Mar 23 2022 20:38:09 | Home Design-Flooring/Syncb, PO BOX 960061, Orlando, FL 32896-0061 |
| 517706972 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 23 2022 20:34:00 | Internal Revenue Service, PO BOX 219690, Kansas City, MO 64121-9690 |

Case 18-26526-ABA   Doc 72   Filed 03/25/22   Entered 03/26/22 00:14:15   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 23, 2022 | Form ID: 185 | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517706973 | | Email/PDF: gecsedi@recoverycorp.com | Mar 23 2022 20:38:08 | Lowe's/Synchrony Bank, Po Box 530914, Atlanta, GA 30353-0914 |
| 517831627 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 23 2022 20:34:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517706976 | | Email/PDF: cbp@onemainfinancial.com | Mar 23 2022 20:38:06 | One Main Financial, PO BOX 9001122, Louisville, KY 40290-1122 |
| 517836766 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 23 2022 20:38:02 | Portfolio Recovery Associates, LLC, c/o Onemain Financial, POB 41067, Norfolk VA 23541 |
| 517806463 | | Email/Text: bnc-quantum@quantum3group.com | Mar 23 2022 20:34:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517706978 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 23 2022 20:37:56 | Sears Credit Cards, PO Box 78051, Phoenix, AZ 85062-8051 |
| 517708972 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 23 2022 20:37:54 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517706982 | | Email/PDF: gecsedi@recoverycorp.com | Mar 23 2022 20:38:08 | Thomasville/Synchrony Bank, PO BOX 965033, Orlando, FL 32896-5033 |
| 517766087 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 23 2022 20:34:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517723396 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2022                    Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Citizens Bank of PA. nj-ecfmail@mwc-law.com alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Eric Clayman | |

| | |
|---|---|
| | on behalf of Debtor John J. DiGregorio mail@jenkinsclayman.com JenkinsClayman@jubileebk.net |
| Isabel C. Balboa | |
| | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | |
| | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Marisa Myers Cohen | |
| | on behalf of Creditor Citizens Bank of PA. nj-ecfmail@mwc-law.com jhillier@mwc-law.com |
| Marisa Myers Cohen | |
| | on behalf of Creditor Citizens Bank NA nj-ecfmail@mwc-law.com jhillier@mwc-law.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com |
| Robert Williams | |
| | on behalf of Creditor Citizens Bank of PA. rwilliams@mwm-law.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10