| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>JENKINS & CLAYMAN<br>Eric J Clayman, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856)546-9696<br>Attorney for Debtor | |
|---|---|
| In Re:<br><br>John J. DiGregorio,<br>Debtor(s) | Case No.: __18-26526__<br><br>Adv. No.: _____<br><br>Hearing Date: _____<br><br>Judge: __ABA__ |

## CERTIFICATION OF SERVICE

1. I, __Adrienne Peurifoy__ :

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for __Eric J Clayman__, who represents the __Debtor(s)__ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On __4/6/2022__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Application for Retention of Professional
   Certification of Professional
   Order Authorizing Retention of Professional

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Dated: __4/6/2022__                              /s/ Adrienne Peurifoy
                                                         Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>3 AAA Drive, Suite 203<br>Robbinsville, NJ 08691 | Trustee | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
| John J. DiGregorio<br>105 Fox Meadow Drive<br>Sicklerville, NJ 08081<br><br>(stargalactic3267@gmail.com) | Debtor | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>☑ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
| Anthony Balboni<br>Key Properties Real Estate<br>6002 Route 130 Undef,<br>Delran, NJ 08075 | Realtor | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>☑ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |
| | | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>   (as authorized by the court *) |