```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

JENKINS & CLAYMAN
Eric J Clayman, Esquire
412 White Horse Pike
Audubon, NJ 08106
(856)546-9696
Attorney for Debtor
```

In Re:

John J. DiGregorio,
Debtor(s)

Case No.: __18-26526__

Adv. No.: _____

Hearing Date: __5/3/22 at 10:00 AM__

Judge: __ABA__

## CERTIFICATION OF SERVICE

1. I, __Adrienne Peurifoy__ :

    ☐ represent the _____ in the above-captioned matter.

    ☑ am the secretary/paralegal for __Eric J Clayman__, who represents the __Debtor(s)__ in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On __4/7/2022__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
MOTION TO APPROVE DISBURSEMENTS FROM PRIVATE SALE OF REAL ESTATE

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __4/7/2022__         /s/ Adrienne Peurifoy
                             Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa<br>535 Rt. 38<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| John J. DiGregorio<br>105 Fox Meadow Dr.<br>Sicklerville, NJ 08081<br><br>(stargalactic3267@gmail.com) | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Anthony Balboni<br>Key Properties Real Estate<br>6002 Route 130 Undef,<br>Delran, NJ 08075<br><br>(tonyb@keyhomesnj.com) | Real Estate Broker | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Eileen Mele<br>Key Properties Real Estate<br>6002 Route 130 Undef,<br>Delran, NJ 08075<br><br>(processor@keyhomesnj.com) | Real Estate Processor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jamie Cardillo<br>Key Properties Real Estate<br>6002 Route 130 Undef,<br>Delran, NJ 08075<br><br>(processor@keyhomesnj.com) | Real Estate Processor | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>☑ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |