UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
John J. DiGregorio

Case No.: 18-26526
Chapter: 13
Judge: ABA

## NOTICE OF PROPOSED PRIVATE SALE

__John J. DiGregorio__, _____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk, US Bankruptcy Court
Mitchell H. Cohen United States Courthouse
401 Market Street
Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable __Andrew A. Altenburg__ on __May 10, 2022__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __4B__, __400 Cooper St. 4th Floor, Camden, NJ 08101__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:
105 Fox Meadows Dr.
Sicklerville, NJ 08081

Proposed Purchaser: Robbin and Antwiana Dean

Sale price: $265,000. All liens shall be paid and Isabel C. Balboa, the Chapter 13 Trustee shall receive her payoff. Thereafter, all net proceeds shall be paid to the Debtor.

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Anthony Balboni
Amount to be paid: 5% of the purchase price, may be shared with participating broker
Services rendered: Real Estate Agent

Jenkins & Clayman shall be paid $1,000, an estimated legal fee for assisting the Debtor with the bankruptcy aspects of the sale.

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Eric J Clayman

Address: 412 White Horse Pike, Audubon, NJ 08106

Telephone No.: 856-546-9696

*rev.8/1/15*

2