UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
John J. DiGregorio

Case No.: 18-26526
Chapter: 13
Judge: ABA

## NOTICE OF PROPOSED PRIVATE SALE

_____John J. DiGregorio_____, _____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk, US Bankruptcy Court
Mitchell H. Cohen United States Courthouse
401 Market Street
Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable __Andrew A. Altenburg__ on __May 10, 2022__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __4B__, __400 Cooper St. 4th Floor, Camden, NJ 08101__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:
105 Fox Meadows Dr.
Sicklerville, NJ 08081

Proposed Purchaser: Robbin and Antwiana Dean

Sale price: $265,000. All liens shall be paid and Isabel C. Balboa, the Chapter 13 Trustee shall receive her payoff. Thereafter, all net proceeds shall be paid to the Debtor.

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Anthony Balboni
Amount to be paid: 5% of the purchase price, may be shared with participating broker
Services rendered: Real Estate Agent

Jenkins & Clayman shall be paid $1,000, an estimated legal fee for assisting the Debtor with the bankruptcy aspects of the sale.

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Eric J Clayman

Address: 412 White Horse Pike, Audubon, NJ 08106

Telephone No.: 856-546-9696

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
John J. DiGregorio  
    Debtor

Case No. 18-26526-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Apr 07, 2022      Form ID: pdf905      Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John J. DiGregorio, 105 Fox Meadow Drive, Sicklerville, NJ 08081-1142 |
| aty | + | Christina J. Pross, Marinosci Law Group, 824 N. Market Street, Ste 901, Wilmington, DE 19801-4908 |
| 517706967 | + | Citizens Bank, c/o Mattleman, Weinroth & Miller, P.C, 401 Route 70, Suite 100, Cherry Hill, NJ 08034-2410 |
| 519145476 | + | Citizens Bank, N.A. f/k/a RBS Citizens Bank N.A, 10561 Telegraph Rd., Glen Allen, VA 23059-4577 |
| 517847400 | + | Citizens One Home Loans, 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 517706969 | + | Gloucester Township Tax Collection, 1261 Chews Landing Road, Laurel Springs, NJ 08021-2807 |
| 517706971 | | Horizon Blue Cross Blue Shield of NJ, PO BOX 10192, Newark, NJ 07101-3120 |
| 519199713 | + | McCABE, WEISBERG & CONWAY, LLC, 216 Haddon Avenue, Suite 201, Westmont, NJ 08108-2818 |
| 517706974 | + | Michael K. Dovnarsky, MD, PC, 331 White Horse Pike, Atco, NJ 08004-2230 |
| 517706975 | + | New Jersey Division of Taxation, 50 Barrack Street, Trenton, NJ 08608-2006 |
| 517706977 | | Rancocas Anesthesiology, PO Box 4603, Lancaster, PA 17604-4603 |
| 517706979 | + | South Jersey Gas, PO Box 6091, Bellmawr, NJ 08099-6091 |
| 517879988 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 517706980 | | Terrestria Homeowner's Association, 2 Fox Meadow D, Sicklerville, NJ 08081 |
| 517706981 | + | Terrestria Homeowner's Association, c/o Eric D. Mann, 2111 New Road, Suite 105, Northfield, NJ 08225-1512 |
| 517706983 | + | Township of Gloucester, 1261 Chews Langing-Clementon Rd, PO Box 8, Blackwood, NJ 08012-0008 |
| 518580452 | + | Township of Gloucester, PO Box 8, Blackwood, NJ 08012-0008 |
| 517706984 | | Toyota Motor Credit, PO Box 5170, Simi Valley, CA 93062-5170 |
| 517706985 | | UPHS PPMC Patient Pay, PO BOX 824314, Philadelphia, PA 19182-4314 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 07 2022 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 07 2022 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517706965 | + | Email/Text: bankruptcy@pepcoholdings.com | Apr 07 2022 20:37:00 | Atlantic City Electric, PO Box 13610, Philadelphia, PA 19101-3610 |
| 517726132 | + | Email/Text: bankruptcy@pepcoholdings.com | Apr 07 2022 20:37:00 | Atlantic City Electric Company, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 517706966 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 07 2022 20:36:00 | Citizens Bank, PO BOX 42008, Providence, RI 02940-2008 |
| 517706968 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 07 2022 20:37:00 | Delaware Valley Urology, LLC, c/o Transworld Systems, Inc., Collection Agency, 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 517706970 | | Email/PDF: gecsedi@recoverycorp.com | Apr 07 2022 20:41:46 | Home Design-Flooring/Syncb, PO BOX 960061, Orlando, FL 32896-0061 |
| 517706972 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 07 2022 20:37:00 | Internal Revenue Service, PO BOX 219690, Kansas City, MO 64121-9690 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517706973 | | Email/PDF: gecsedi@recoverycorp.com | Apr 07 2022 20:41:58 | Lowe's/Synchrony Bank, Po Box 530914, Atlanta, GA 30353-0914 |
| 517831627 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 07 2022 20:37:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517706976 | | Email/PDF: cbp@onemainfinancial.com | Apr 07 2022 20:41:56 | One Main Financial, PO BOX 9001122, Louisville, KY 40290-1122 |
| 517836766 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 07 2022 20:41:46 | Portfolio Recovery Associates, LLC, c/o Onemain Financial, POB 41067, Norfolk VA 23541 |
| 517806463 | | Email/Text: bnc-quantum@quantum3group.com | Apr 07 2022 20:37:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517706978 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 07 2022 20:41:47 | Sears Credit Cards, PO Box 78051, Phoenix, AZ 85062-8051 |
| 517708972 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 07 2022 20:41:58 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517706982 | | Email/PDF: gecsedi@recoverycorp.com | Apr 07 2022 20:41:51 | Thomasville/Synchrony Bank, PO BOX 965033, Orlando, FL 32896-5033 |
| 517766087 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 07 2022 20:37:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517723396 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 09, 2022        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Citizens Bank of PA. nj-ecfmail@mwc-law.com alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Eric Clayman | on behalf of Debtor John J. DiGregorio mail@jenkinsclayman.com JenkinsClayman@jubileebk.net |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 07, 2022 | Form ID: pdf905 | Total Noticed: 36 |

Isabel C. Balboa
 ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
 on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Marisa Myers Cohen
 on behalf of Creditor Citizens Bank of PA. nj-ecfmail@mwc-law.com jhillier@mwc-law.com

Marisa Myers Cohen
 on behalf of Creditor Citizens Bank NA nj-ecfmail@mwc-law.com jhillier@mwc-law.com

Rebecca Ann Solarz
 on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

Robert Williams
 on behalf of Creditor Citizens Bank of PA. rwilliams@mwm-law.com

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10