UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Eric J Clayman, Esq
Jenkins & Clayman
412 White Horse Pike
Audubon, NJ 08106

Order Filed on April 14, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
John J. DiGregorio,
Debtor

Case No.: 18-26526

Chapter: 13

Judge: ABA

## ORDER AUTHORIZING RETENTION OF

Realtor

The relief set forth on the following page is **ORDERED**.

DATED: April 14, 2022

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Anthony Balboni_____

as _____Realtor_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: ~~Key Properties Real Estate~~
   6002 Route 130 Undef
   Delran, NJ 08075

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev. 8/1/15*