**JENKINS & CLAYMAN**
Eric J Clayman, Esquire
412 White Horse Pike
Audubon, New Jersey 08106
(856) 546-9696
Attorney for Debtor

|  |  |
|---|---|
| IN THE MATTER OF: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| John Digregorio<br>debtor | CHAPTER 13 CASE NO.: 18-26526<br><br>CERTIFICATION TO WITHDRAW |

I, Eric J Clayman, Esquire, am an attorney at law, licensed to practice before this Court, and am authorized to make this certification:

1. We filed a Modified Plan on 3/22/22 (#70)

2. We respectfully request that this entry be withdrawn, as the debtor plans to pay off his Chapter 13 by selling his home.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: 4/26/2022                                    /s/Eric J Clayman
                                                              Eric J Clayman, Esquire