Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  18–26526–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    John J. DiGregorio
    aka Husband of Patricia M. DiGregorio
    (Deceased)
    105 Fox Meadow Drive
    Sicklerville, NJ 08081

Social Security No.:
    xxx–xx–5533

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I  Elizabeth Grassia , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Private Sale:

Description of Property (if applicable):

105 FOX MEADOWS DRIVE, SICKLERVILLE, NJ 08081

Dated: May 5, 2022
JAN: eag

                                                                                                      Jeanne Naughton
                                                                                                      Clerk