| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Eric J Clayman, Esq<br>Jenkins & Clayman<br>412 White Horse Pike<br>Audubon, NJ 08106<br>856-546-9696 |

Order Filed on May 10, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    John J. DiGregorio

        Debtor

Case No.:      18-26526

Hearing Date:   5/3/2022 at 10:00 am

Chapter:       13

Judge:         Andrew B. Altenburg

**ORDER AUTHORIZING**
**SALE OF REAL PROPERTY**

**Recommended Local Form:**  ☐ Followed   ☒ Modified

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**

**DATED: May 10, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the Debtor's motion for authorization to sell the real property commonly known as   105 Fox Meadow Drive, Sicklerville, NJ 08081   (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☒ In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

> **Name of Professional**: Anthony Balboni of Key Properties Real Estate
>
> Amount to be paid: 5%, may be shared with participating broker, eXp Realty
>
> Services Rendered: Real Estate Agent
>
> Jenkins & Clayman shall be paid an estimate of $1,000.00 for legal fees relating to the bankruptcy aspect of the sale of real estate.

**OR**: ☐ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $ N/A   claimed as exempt may be paid to the Debtor.

6. The ☐ *balance of proceeds* or the ☒ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. All remaining net proceeds from sale shall be paid at closing to the Debtor, John J. DiGregorio.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-26526-ABA |
| John J. DiGregorio | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: May 10, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2022:**

**Recip ID         Recipient Name and Address**
db           + John J. DiGregorio, 105 Fox Meadow Drive, Sicklerville, NJ 08081-1142

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2022                Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2022 at the address(es) listed below:**

**Name                    Email Address**

Andrew M. Lubin
                         on behalf of Creditor Citizens Bank of PA. nj-ecfmail@mwc-law.com  alubin@milsteadlaw.com

Denise E. Carlon
                         on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Eric Clayman
                         on behalf of Debtor John J. DiGregorio mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net

Isabel C. Balboa
                         on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
                         ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Marisa Myers Cohen
                         on behalf of Creditor Citizens Bank of PA. nj-ecfmail@mwc-law.com  jhillier@mwc-law.com

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: May 10, 2022 | Form ID: pdf903 | Total Noticed: 1

Marisa Myers Cohen
        on behalf of Creditor Citizens Bank NA nj-ecfmail@mwc-law.com  jhillier@mwc-law.com

Rebecca Ann Solarz
        on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

Robert Williams
        on behalf of Creditor Citizens Bank of PA. rwilliams@hoflawgroup.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10