Form 137 − aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−26526−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    John J. DiGregorio
    aka Husband of Patricia M. DiGregorio
    (Deceased)
    304 2nd Avenue
    Bellmawr, NJ 08031

Social Security No.:
    xxx−xx−5533

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:       8/11/22
Time:       02:00 PM
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Eric Clayman, Debtor's Attorney, period: 1/4/2022 to 5/10/2022.

COMMISSION OR FEES
fee: $1,619.50.

EXPENSES
expenses: $8.00.

If this is a chapter 13 case, the fees and expenses awarded:

   ☑    will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: June 29, 2022
JAN:

                                                                     Jeanne Naughton
                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
John J. DiGregorio  
    Debtor

Case No. 18-26526-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3  
Date Rcvd: Jun 29, 2022     Form ID: 137     Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John J. DiGregorio, 304 2nd Avenue, Bellmawr, NJ 08031-1321 |
| aty | + | Christina J. Pross, Marinosci Law Group, 824 N. Market Street, Ste 901, Wilmington, DE 19801-4908 |
| r | + | Anthony Balboni, Key Properties/GMAC, 6002 Route 130 North, Delran, NJ 08075-1865 |
| 517706967 | + | Citizens Bank, c/o Mattleman, Weinroth & Miller, P.C, 401 Route 70, Suite 100, Cherry Hill, NJ 08034-2410 |
| 519145476 | + | Citizens Bank, N.A. f/k/a RBS Citizens Bank N.A, 10561 Telegraph Rd., Glen Allen, VA 23059-4577 |
| 517847400 | + | Citizens One Home Loans, 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 517706969 | + | Gloucester Township Tax Collection, 1261 Chews Landing Road, Laurel Springs, NJ 08021-2807 |
| 517706971 | | Horizon Blue Cross Blue Shield of NJ, PO BOX 10192, Newark, NJ 07101-3120 |
| 519199713 | + | McCABE, WEISBERG & CONWAY, LLC, 216 Haddon Avenue, Suite 201, Westmont, NJ 08108-2818 |
| 517706974 | + | Michael K. Dovnarsky, MD, PC, 331 White Horse Pike, Atco, NJ 08004-2230 |
| 517706975 | + | New Jersey Division of Taxation, 50 Barrack Street, Trenton, NJ 08608-2006 |
| 517706977 | | Rancocas Anesthesiology, PO Box 4603, Lancaster, PA 17604-4603 |
| 517706979 | + | South Jersey Gas, PO Box 6091, Bellmawr, NJ 08099-6091 |
| 517879988 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 517706980 | | Terrestria Homeowner's Association, 2 Fox Meadow D, Sicklerville, NJ 08081 |
| 517706981 | + | Terrestria Homeowner's Association, c/o Eric D. Mann, 2111 New Road, Suite 105, Northfield, NJ 08225-1512 |
| 517706983 | + | Township of Gloucester, 1261 Chews Langing-Clementon Rd, PO Box 8, Blackwood, NJ 08012-0008 |
| 518580452 | + | Township of Gloucester, PO Box 8, Blackwood, NJ 08012-0008 |
| 517706984 | | Toyota Motor Credit, PO Box 5170, Simi Valley, CA 93062-5170 |
| 517706985 | | UPHS PPMC Patient Pay, PO BOX 824314, Philadelphia, PA 19182-4314 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 29 2022 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 29 2022 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517706965 | + | Email/Text: bankruptcy@pepcoholdings.com | Jun 29 2022 20:41:00 | Atlantic City Electric, PO Box 13610, Philadelphia, PA 19101-3610 |
| 517726132 | + | Email/Text: bankruptcy@pepcoholdings.com | Jun 29 2022 20:41:00 | Atlantic City Electric Company, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 517706966 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 29 2022 20:41:00 | Citizens Bank, PO BOX 42008, Providence, RI 02940-2008 |
| 517706968 | + | Email/Text: bankruptcydepartment@tsico.com | Jun 29 2022 20:42:00 | Delaware Valley Urology, LLC, c/o Transworld Systems, Inc., Collection Agency, 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 517706970 | | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 20:44:37 | Home Design-Flooring/Syncb, PO BOX 960061, Orlando, FL 32896-0061 |
| 517706972 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

Case 18-26526-ABA   Doc 93   Filed 07/01/22   Entered 07/02/22 00:13:38   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 29, 2022 | Form ID: 137 | Total Noticed: 37 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 29 2022 20:41:00 | Internal Revenue Service, PO BOX 219690, Kansas City, MO 64121-9690 |
| 517706973 | | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 20:44:49 | Lowe's/Synchrony Bank, Po Box 530914, Atlanta, GA 30353-0914 |
| 517831627 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 29 2022 20:41:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517706976 | | Email/PDF: cbp@onemainfinancial.com | Jun 29 2022 20:44:59 | One Main Financial, PO BOX 9001122, Louisville, KY 40290-1122 |
| 517836766 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 29 2022 20:45:03 | Portfolio Recovery Associates, LLC, c/o Onemain Financial, POB 41067, Norfolk VA 23541 |
| 517806463 | | Email/Text: bnc-quantum@quantum3group.com | Jun 29 2022 20:41:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517706978 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2022 20:55:10 | Sears Credit Cards, PO Box 78051, Phoenix, AZ 85062-8051 |
| 517708972 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 20:44:50 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517706982 | | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 20:44:50 | Thomasville/Synchrony Bank, PO BOX 965033, Orlando, FL 32896-5033 |
| 517766087 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 29 2022 20:41:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517723396 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2022          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Citizens Bank of PA. nj-ecfmail@mwc-law.com alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 29, 2022 | Form ID: 137 | Total Noticed: 37 |

Eric Clayman
    on behalf of Debtor John J. DiGregorio mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Marisa Myers Cohen
    on behalf of Creditor Citizens Bank of PA. nj-ecfmail@mwc-law.com  jhillier@mwc-law.com

Marisa Myers Cohen
    on behalf of Creditor Citizens Bank NA nj-ecfmail@mwc-law.com  jhillier@mwc-law.com

Rebecca Ann Solarz
    on behalf of Creditor Toyota Motor Credit Corporation rsolarz@kmllawgroup.com

Robert Williams
    on behalf of Creditor Citizens Bank of PA. rwilliams@hoflawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10