UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

JENKINS & CLAYMAN
Eric J. Clayman , Esquire
412 White Horse Pike
Audubon, NJ 08106
(856)546-9696
Attorney for Debtor

Order Filed on August 11, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

John Digregorio
debtors

Case No.: 18-26526-ABA

Chapter: 13

Judge: ABA

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 11, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Eric J. Clayman _____, the applicant, is allowed a fee of $ _____ 1619.50 _____ for services rendered and expenses in the amount of $ _____ 8 _____ for a total of $ _____ 1,627.50 _____ . The allowance is payable:

☒ $627.50 through the Chapter 13 plan as an administrative priority.

☒ $1,000 to be paid outside of the Bankruptcy Plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*