**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | John J. DiGregorio<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–5533<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–26526–ABA | |

# Order of Discharge                                                                  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    John J. DiGregorio
    aka Husband of Patricia M. DiGregorio
    (Deceased)

9/27/22                                                           **By the court:** Andrew B. Altenburg Jr.
                                                                                                           United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
John J. DiGregorio  
    Debtor

Case No. 18-26526-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Sep 27, 2022      Form ID: 3180W      Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John J. DiGregorio, 304 2nd Avenue, Bellmawr, NJ 08031-1321 |
| aty | + | Christina J. Pross, Marinosci Law Group, 824 N. Market Street, Ste 901, Wilmington, DE 19801-4908 |
| r | + | Anthony Balboni, Key Properties/GMAC, 6002 Route 130 North, Delran, NJ 08075-1865 |
| 517706967 | + | Citizens Bank, c/o Mattleman, Weinroth & Miller, P.C, 401 Route 70, Suite 100, Cherry Hill, NJ 08034-2410 |
| 519145476 | + | Citizens Bank, N.A. f/k/a RBS Citizens Bank N.A, 10561 Telegraph Rd., Glen Allen, VA 23059-4577 |
| 517847400 | + | Citizens One Home Loans, 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 517706969 | + | Gloucester Township Tax Collection, 1261 Chews Landing Road, Laurel Springs, NJ 08021-2807 |
| 517706971 | | Horizon Blue Cross Blue Shield of NJ, PO BOX 10192, Newark, NJ 07101-3120 |
| 519199713 | + | McCABE, WEISBERG & CONWAY, LLC, 216 Haddon Avenue, Suite 201, Westmont, NJ 08108-2818 |
| 517706974 | + | Michael K. Dovnarsky, MD, PC, 331 White Horse Pike, Atco, NJ 08004-2230 |
| 517706975 | + | New Jersey Division of Taxation, 50 Barrack Street, Trenton, NJ 08608-2006 |
| 517706977 | | Rancocas Anesthesiology, PO Box 4603, Lancaster, PA 17604-4603 |
| 517706979 | + | South Jersey Gas, PO Box 6091, Bellmawr, NJ 08099-6091 |
| 517879988 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 517706980 | | Terrestria Homeowner's Association, 2 Fox Meadow D, Sicklerville, NJ 08081 |
| 517706981 | + | Terrestria Homeowner's Association, c/o Eric D. Mann, 2111 New Road, Suite 105, Northfield, NJ 08225-1512 |
| 517706983 | + | Township of Gloucester, 1261 Chews Langing-Clementon Rd, PO Box 8, Blackwood, NJ 08012-0008 |
| 518580452 | + | Township of Gloucester, PO Box 8, Blackwood, NJ 08012-0008 |
| 517706984 | | Toyota Motor Credit, PO Box 5170, Simi Valley, CA 93062-5170 |
| 517706985 | | UPHS PPMC Patient Pay, PO BOX 824314, Philadelphia, PA 19182-4314 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 27 2022 20:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 27 2022 20:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517706965 | + | Email/Text: bankruptcy@pepcoholdings.com | Sep 27 2022 20:27:00 | Atlantic City Electric, PO Box 13610, Philadelphia, PA 19101-3610 |
| 517726132 | + | Email/Text: bankruptcy@pepcoholdings.com | Sep 27 2022 20:27:00 | Atlantic City Electric Company, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point, NJ 08069-3600 |
| 517706966 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 27 2022 20:27:00 | Citizens Bank, PO BOX 42008, Providence, RI 02940-2008 |
| 517706968 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 27 2022 20:28:00 | Delaware Valley Urology, LLC, c/o Transworld Systems, Inc., Collection Agency, 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 517706970 | | EDI: RMSC.COM | Sep 28 2022 00:28:00 | Home Design-Flooring/Syncb, PO BOX 960061, Orlando, FL 32896-0061 |
| 517706972 | + | EDI: IRS.COM | | |

Case 18-26526-ABA    Doc 103    Filed 09/29/22    Entered 09/30/22 00:13:15    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 27, 2022 | Form ID: 3180W | Total Noticed: 37 |

| | | | | |
|---|---|---|---|---|
| | | | Sep 28 2022 00:28:00 | Internal Revenue Service, PO BOX 219690, Kansas City, MO 64121-9690 |
| 517706973 | | EDI: RMSC.COM | Sep 28 2022 00:28:00 | Lowe's/Synchrony Bank, Po Box 530914, Atlanta, GA 30353-0914 |
| 517831627 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 27 2022 20:27:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517706976 | | EDI: AGFINANCE.COM | Sep 28 2022 00:28:00 | One Main Financial, PO BOX 9001122, Louisville, KY 40290-1122 |
| 517836766 | | EDI: PRA.COM | Sep 28 2022 00:28:00 | Portfolio Recovery Associates, LLC, c/o Onemain Financial, POB 41067, Norfolk VA 23541 |
| 517806463 | | EDI: Q3G.COM | Sep 28 2022 00:28:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517706978 | | EDI: CITICORP.COM | Sep 28 2022 00:28:00 | Sears Credit Cards, PO Box 78051, Phoenix, AZ 85062-8051 |
| 517708972 | + | EDI: RMSC.COM | Sep 28 2022 00:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517706982 | | EDI: RMSC.COM | Sep 28 2022 00:28:00 | Thomasville/Synchrony Bank, PO BOX 965033, Orlando, FL 32896-5033 |
| 517766087 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 27 2022 20:27:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517723396 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2022            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Citizens Bank of PA. nj-ecfmail@mwc-law.com  alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 27, 2022 | Form ID: 3180W | Total Noticed: 37 |

Eric Clayman
        on behalf of Debtor John J. DiGregorio mail@jenkinsclayman.com JenkinsClayman@jubileebk.net

Isabel C. Balboa
        ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
        on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Marisa Myers Cohen
        on behalf of Creditor Citizens Bank of PA. nj-ecfmail@mwc-law.com jhillier@mwc-law.com

Marisa Myers Cohen
        on behalf of Creditor Citizens Bank NA nj-ecfmail@mwc-law.com jhillier@mwc-law.com

Robert Williams
        on behalf of Creditor Citizens Bank of PA. rwilliams@hoflawgroup.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9